CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 0 8 2019

JULIA C. DUDLEY, CLERK
BY: /s/ S. Cogle
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| O'SULLIVAN FILMS, INC., | ) |
| Plaintiff | ) Case No.: 5:17-cv-031 |
| v. | ) |
| DAVID NEAVES | ) By:  Michael F. Urbanski |
| Defendant. | )     Chief United States District Judge |

## ORDER

The parties have informed the court that all matters in this case have been resolved and jointly move for its dismissal with prejudice pursuant to Rule 41(a)(1)(ii). Accordingly, this action is **DISMISSED** with prejudice and **STRICKEN** from the active docket.

It is so **ORDERED**.

Entered: July 8, 2019

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge